UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AHMED HUMADI MUBAREZ,

                Plaintiff,

           -v.-

OLD REPUBLIC INSURANCE COMPANY and
LIBERTY MUTUAL INSURANCE COMPANY,

                Defendants.

22 Civ. 2984 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      Due to a scheduling conflict, the post-fact conference currently scheduled to take place on October 18, 2022, is hereby **ADJOURNED to October 27, 2022, at 12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  The Court further ORDERS counsel for Plaintiff and counsel for Defendant Liberty Mutual Insurance Company to file notices of appearance prior to the conference.

      SO ORDERED.

Dated:  October 12, 2022
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge